| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>JOSEPH THOMAS PIAZZA, JR.<br>CRYSTAL DELANA PIAZZA | Case No.:  15-31017<br><br>Adv. No.:<br><br>Hearing Date:  07/23/2020<br><br>Judge:  JKS |

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/04/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
JOSEPH THOMAS PIAZZA, JR.
CRYSTAL DELANA PIAZZA
145 EVERETT PLACE
EAST RUTHERFORD, NJ  07073
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DAVID E. MAYLAND
STRASSER AND ASSOCIATES, P.C.
7 EAST RIDGEWOOD ROAD
PARAMUS, NJ  07652
Mode of Service:  Regular Mail

Dated:  June 04, 2020

By:  /S/  Jackie Michaels
     Jackie Michaels