| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    JOSEPH THOMAS PIAZZA, JR.<br>    CRYSTAL DELANA PIAZZA | Case No.:  15-31017 JKS<br><br>Hearing Date:  7/23/2020 |

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: July 24, 2020

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JOSEPH THOMAS PIAZZA, JR.
CRYSTAL DELANA PIAZZA

Case No.: 15-31017

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/23/2020 on notice to DAVID E. MAYLAND, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Thomas Piazza, Jr.  
Crystal Delana Piazza  
    Debtors

Case No. 15-31017-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Jul 24, 2020  
                    Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.  
db/jdb      +Joseph Thomas Piazza, Jr.,   Crystal Delana Piazza,   145 Everett Place,   East Rutherford, NJ 07073-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:  
      Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
      David E. Mayland   on behalf of Joint Debtor Crystal Delana Piazza dm@strasserlaw.com  
      David E. Mayland   on behalf of Debtor Joseph Thomas Piazza, Jr. dm@strasserlaw.com  
      Denise E. Carlon   on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jerome B. Blank   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
      John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
                            TOTAL: 8