| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph Thomas Piazza Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN xxx−xx−6445 <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Crystal Delana Piazza <br> First Name  Middle Name  Last Name | Social Security number or ITIN xxx−xx−0829 <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15−31017−JKS | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Joseph Thomas Piazza Jr.              Crystal Delana Piazza

  <u>1/20/21</u>                        **By the court:** <u>John K. Sherwood</u>
                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 15-31017-JKS
Joseph Thomas Piazza, Jr.                                                                       Chapter 13
Crystal Delana Piazza
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 5
Date Rcvd: Jan 20, 2021    Form ID: 3180W    Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Thomas Piazza, Jr., Crystal Delana Piazza, 145 Everett Place, East Rutherford, NJ 07073-1703 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 515861600 | + | AWA Collections, Cord Blood Registry, PO Box 6605, Orange, CA 92863-6605 |
| 515861614 | + | FMC Omaha Service CT, PO Box 542000, Omaha, NE 68154-8000 |
| 518661330 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518661331 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation, Serviced by Select Portfolio Servicing, |
| 518797368 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518797369 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 515876960 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515895538 | + | Navient Solutions Inc. on behalf of NJHESAA, P.O. Box 548, Trenton, NJ 08625-0548 |
| 515861625 | + | Norstrom FSB, PO Box 6555, Englewood, CO 80155-6555 |
| 518043688 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518043689 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 515861630 | + | Toyota FSB, PO Box 108, Saint Louis, MO 63166-0108 |
| 515861634 | + | Wells Fargo Home Mortgage, PO Box 11758, Newark, NJ 07101-4758 |
| 515861635 | + | World Financial Network, 287 Independence, Viringa Beach, VA 23462-2962 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jan 21 2021 02:18:00 | Synchrony Bank, c/o Recovery Mmgt. Sys., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| 516050821 | | EDI: BECKLEE.COM | Jan 21 2021 02:18:00 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 515861599 | + | EDI: AMEREXPR.COM | Jan 21 2021 02:18:00 | AMEX, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516043859 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2021 22:47:31 | Ashley Funding Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 15-31017-JKS    Doc 104    Filed 01/22/21    Entered 01/23/21 00:22:28    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 515861601 | + | EDI: TSYS2.COM | Jan 21 2021 02:18:00 | Barclays Bank Delaware, 125 S.West Street, Wilmington, DE 19801-5014 |
| 515861603 | | EDI: CAPITALONE.COM | Jan 21 2021 02:18:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 515861604 | | EDI: CAPITALONE.COM | Jan 21 2021 02:18:00 | Capital One Bank USA, 15000 Capital One Drive, Richmond, VA 23238 |
| 516060748 | | EDI: BL-BECKET.COM | Jan 21 2021 02:18:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 515861602 | + | EDI: CITICORP.COM | Jan 21 2021 02:18:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516051204 | | EDI: CAPITALONE.COM | Jan 21 2021 02:18:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 515862072 | | EDI: CAPITALONE.COM | Jan 21 2021 02:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515861606 | + | EDI: CAPITALONE.COM | Jan 21 2021 02:18:00 | Capitl One Bank USA, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 516087413 | + | Email/Text: bncmail@w-legal.com | Jan 20 2021 23:01:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515861609 | + | EDI: CITICORP.COM | Jan 21 2021 02:18:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 515861611 | + | EDI: WFNNB.COM | Jan 21 2021 02:18:00 | Comenity Bank/JCrew Inc., PO Box 182789, Columbus, OH 43218-2789 |
| 516073169 | + | EDI: WFNNB.COM | Jan 21 2021 02:18:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515861612 | + | EDI: WFNNB.COM | Jan 21 2021 02:18:00 | Comentiy Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 515861617 | | EDI: CITICORP.COM | Jan 21 2021 02:18:00 | Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 516076138 | | EDI: AIS.COM | Jan 21 2021 02:23:00 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 515861613 | + | Email/Text: bknotice@ercbpo.com | Jan 20 2021 23:01:00 | Enhanced Recovery Collections, Comcast Cable, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 516051205 | | Email/Text: bknotice@ercbpo.com | Jan 20 2021 23:01:00 | Enhanced Recovery Company LLC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 515873402 | | EDI: FORD.COM | Jan 21 2021 02:23:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 515861615 | | EDI: FORD.COM | Jan 21 2021 02:23:00 | Ford Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 516063247 | | EDI: JEFFERSONCAP.COM | Jan 21 2021 02:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 515861607 | | EDI: JPMORGANCHASE | Jan 21 2021 02:18:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 515861608 | | EDI: JPMORGANCHASE | Jan 21 2021 02:18:00 | Chase/Circuity City, PO Box 15298, Wilington, DE 19850 |
| 515861616 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2021 22:59:00 | Kohls/CapOne, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 515861621 | + | EDI: MID8.COM | Jan 21 2021 02:18:00 | Midland Funding, Citibank NA, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 515861618 | + | EDI: MID8.COM | Jan 21 2021 02:18:00 | Midland Funding, 2365 Northside Drive, Suite 30, |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 20, 2021 | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | | San Diego, CA 92108-2709 |
| 516051224 | | EDI: NAVIENTFKASMSERV.COM | Jan 21 2021 02:18:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 515861622 | + | EDI: NAVIENTFKASMSERV.COM | Jan 21 2021 02:18:00 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 519053752 | | EDI: NAVIENTFKASMSERV.COM | Jan 21 2021 02:18:00 | Navient Solutions Inc., PO Box 13611, Philadelphia, PA 19101-3611 |
| 515965571 | | EDI: NAVIENTFKASMSERV.COM | Jan 21 2021 02:18:00 | Navient Solutions, Inc, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 516039911 | + | EDI: JEFFERSONCAP.COM | Jan 21 2021 02:23:00 | Nordstrom Fsb, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 515861626 | | EDI: PRA.COM | Jan 21 2021 02:18:00 | Portfolio Recovery Assoc., MBNA, 120 Corporate Blvd, Suite 1, Norfolk, VA 23502 |
| 516077206 | | EDI: PRA.COM | Jan 21 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o Mbna, POB 41067, Norfolk VA 23541 |
| 516100999 | | EDI: PRA.COM | Jan 21 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o Pottery Barn, POB 41067, Norfolk VA 23541 |
| 516100997 | | EDI: PRA.COM | Jan 21 2021 02:18:00 | Portfolio Recovery Associates, LLC, c/o West Elm, POB 41067, Norfolk VA 23541 |
| 515861627 | + | EDI: PRA.COM | Jan 21 2021 02:18:00 | Portfoltio Recovery, 120 Corporate Blvd Suite 1, Norfolk, VA 23502-4952 |
| 515859153 | | EDI: Q3G.COM | Jan 21 2021 02:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515861628 | + | EDI: RMSC.COM | Jan 21 2021 02:18:00 | SYNCB/GAP, PO Box 965005, Orlando, FL 32896-5005 |
| 518133957 | + | Email/Text: bncmail@w-legal.com | Jan 20 2021 23:01:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518133958 | + | Email/Text: bncmail@w-legal.com | Jan 20 2021 23:01:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 515862111 | | EDI: RMSC.COM | Jan 21 2021 02:18:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 515861629 | | EDI: TDBANKNORTH.COM | Jan 21 2021 02:23:00 | TD Bank NA, 70 Gray Road, Portland, ME 04105 |
| 515861631 | | EDI: TFSR.COM | Jan 21 2021 02:18:00 | Toyota Motor Credit, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07654 |
| 515890473 | | EDI: BL-TOYOTA.COM | Jan 21 2021 02:18:00 | Toyota Motor Credit Corporation, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515881726 | + | EDI: WFFC.COM | Jan 21 2021 02:18:00 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC #D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 516088087 | | EDI: WFFC.COM | Jan 21 2021 02:18:00 | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 515861633 | + | EDI: WFFC.COM | Jan 21 2021 02:18:00 | Wells Fargo Home Equity Line of Credit, PO Box 31557, Billings, MT 59107-1557 |
| 515962180 | | EDI: ECAST.COM | Jan 21 2021 02:18:00 | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515861605 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA, 15000 Capital One Drive, Richmond,VA 23238 |
| 515861610 | *+ | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 515861619 | *+ | Midland Funding, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 515861620 | *+ | Midland Funding, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 515861623 | *+ | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 515861624 | *+ | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 518144153 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518144154 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 515861632 | ##+ | Viewtech Financial Services, 4761 E. Hunter Avenue, Anaheim, CA 92807-1940 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

**Name** **Email Address**

David E. Mayland
on behalf of Joint Debtor Crystal Delana Piazza dm@strasserlaw.com

David E. Mayland
on behalf of Debtor Joseph Thomas Piazza Jr. dm@strasserlaw.com

David E. Mayland
on behalf of Trustee Marie-Ann Greenberg dm@strasserlaw.com

Denise E. Carlon
on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jerome B. Blank
on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com

John R. Morton, Jr.
on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Marie-Ann Greenberg
on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Nicholas V. Rogers
on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com

District/off: 0312-2      User: admin      Page 5 of 5
Date Rcvd: Jan 20, 2021      Form ID: 3180W      Total Noticed: 70
TOTAL: 9