Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−31017−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Thomas Piazza Jr. | Crystal Delana Piazza |
| 145 Everett Place | 145 Everett Place |
| East Rutherford, NJ 07073 | East Rutherford, NJ 07073 |

Social Security No.:
  xxx−xx−6445                                       xxx−xx−0829

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 23, 2021                      John K. Sherwood
                                               Judge, United States Bankruptcy Court